1  MARK C. SCOTT
2  3813 Pasadena Avenue, #41
   Sacramento, California 95821
3  Telephone: (916) 616-0200
   Email: MScott@coastalbrokersins.com
4  Appellant, In Pro Per

5  ROBERT GRAY SCOTT
   8645 Gaines Avenue
6  Orangevale, California 95662
7  Telephone: (916) 212-4815
   Email: GrayScott85@yahoo.com
8  Appellant, In Pro Per

9  KURT A. KAPPES (SBN 146384)
   MARC B. KOENIGSBERG (SBN 204265)
10 GREENBERG TRAURIG, LLP
11 1201 K Street, Suite 1100
   Sacramento, California 95814-3938
12 Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
13 Email: kappesk@gtlaw.com
   Email: koenigsbergm@gtlaw.com
14

15 Attorneys for Appellees
   Zurich American Insurance Company,
16 American Guarantee and Liability, Insurance
   Company, and American Zurich Insurance Company
17

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK C. SCOTT AND ROBERT GRAY SCOTT,<br><br>    Appellants,<br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; et al.,<br><br>    Appellees. | District Court Case Number<br>NO. 2:12-CV-02896-TLN (Consolidated with NO. 2:14-CV-01216-TLN)<br><br>Bankruptcy Court Case Number<br>NO. 11-35381-D-7<br><br>Adversary Proceeding Number<br>NO 11-02656<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

1
**STIPULATION FOR DISMISSAL;**

Appellants Mark Scott and Robert Scott (collectively, "Debtors") and Appellees Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company (collectively, "ZURICH") hereby stipulate to the dismissal of Debtors' appeal pursuant to is dismissed with prejudice pursuant to Federal Rules of Bankruptcy Procedure 8001(c)(2). Each party is to bear its own attorney's fees and costs, and to pay any outstanding court costs and fees that each may owe to the Court.

DATED: October 17, 2014          MARK C. SCOTT

                                  /s/
                                  Appellant

DATED: October 17, 2014          ROBERT GRAY SCOTT

                                  /s/
                                  Appellant

DATED: October 17, 2014          GREENBERG TRAURIG, LLP


                                  By  /s/ Marc B. Koenigsberg
                                  KURT A. KAPPES
                                  MARC B. KOENIGSBERG
                                  Attorneys for Appellees
                                  Zurich American Insurance Company, American
                                  Guarantee and Liability Insurance Company, and
                                  American Zurich Insurance Company

**ORDER**

Pursuant to the Stipulation for Dismissal filed by the parties on October 17, 2014, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: October 22, 2014

                                  Troy L. Nunley
                                  United States District Judge